**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 16-15696-BKC-PGH** |
| **DARIN MCGUIRE** | |
| **and URSULA MCGUIRE,** | **Chapter 7** |
| Debtors. | |
| _____/ | |

**TRUSTEE'S LIMITED RESPONSE TO PINGORA LOAN SERVICING, LLC'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above-captioned estate (the "Trustee"), by and through undersigned counsel, pursuant to S.D. Local Rule 4001-1(D), hereby files this Limited Response to Pingora Loan Servicing, LLC's Motion for Relief from the Automatic Stay [ECF No. 29], and in support thereof, states:

1. On April 20, 2016, the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code [ECF No. 1], and Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee in the case [ECF No. 2], becoming the permanent Trustee after the § 341 meeting was held and concluded on May 25, 2016.

2. On July 14, 2016, Pingora Loan Servicing, LLC ("Pingora") filed a Motion for Relief from the Automatic Stay (the "Motion") [ECF No. 29]. Pingora requested relief against the Debtors' real property listed on Schedule A/B [ECF No. 1], located at 12141 Quilting Lane, Boca Raton, Florida 33428 (the "Real Property").

3. The Motion requested relief on 14-days' negative notice pursuant to Local Rule 4001-1(C).

4. Accordingly, the deadline for filing a response to the Motion is July 28, 2016.

1

5. The Trustee is requesting additional time to pursue the marketing and sale of the Real Property. In that regard, the Trustee, through counsel, is finalizing discussions with a proposed real estate professional, for which a retention application will be filed shortly.

6. The amount of the claim for the Real Property as stated in the Motion is $313,002.76, and while the 2015 appraisal of market value from the Palm Beach County Property Appraiser's office is $315,655.00, the Trustee's preliminary review of comparable sales returned an estimated median range of value around $385,000.00, for the Real Property.

7. In furtherance of administering the Real Property, the Trustee and counsel are also working with the proposed real estate professional on finalizing a form of listing agreement for the Real Property.

8. As the Trustee believes there will be a benefit to the estate and creditors from administering the Real Property, the Trustee is requesting additional time from Pingora to proceed with the marketing and sale of the Real Property.

**WHEREFORE**, the Chapter 7 Trustee, Nicole Testa Mehdipour, respectfully requests that entry of an Order granting stay relief be stayed for a reasonable time period so the Trustee may pursue the marketing and sale of the Real Property; and for such other and further relief as the Court deems just and proper.

*[This space intentionally left blank.]*

Respectfully submitted this 28th day of July, 2016.

> **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**
>
> **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
> *Counsel for Chapter 7 Trustee*
> 200 East Broward Boulevard, Suite 1110
> Fort Lauderdale, FL 33301
> Tel: (954) 858-5880   Fax: (954) 208-0888
> Email: Nicole.Mehdipour@ntmlawfirm.com
> Email: Kimberly.Salamone@ntmlawfirm.com
>
>  /s/ Kimberly Salamone
>     Nicole Testa Mehdipour
>     Florida Bar No. 177271
>     Kimberly Salamone
>     Florida Bar No. 86560

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 28, 2016, via the Court's CM/ECF electronic mail notification system, via electronic mail, and via U.S. Mail to the Debtors and to the parties as indicated below.

                                                  /s/ Kimberly Salamone
                                                  Kimberly Salamone

***Via CM/ECF***

- Matthew B Klein    bankruptcy@millenniumpartners.net
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, ksalamone@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;cm_ecf@mehdipourtrustee.com;bcasey@mehdipourtrustee.com;mdm@mehdipourtrustee.com;BCasey@ntmlawfirm.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Kimberly Salamone    ksalamone@ntmlawfirm.com, atty_mehdipour@bluestylus.com;cm_ecf_service@ntmlawfirm.com
- Chad T Van Horn    Chad@cvhlawgroup.com, jay@cvhlawgroup.com,chad@ecf.inforuptcy.com,allie@cvhlawgroup.com,Milagros@cvhlawgroup.com,terri@cvhlawgroup.com,matt@cvhlawgroup.com,martha@cvhlawgroup.com,bea@cvhlawgroup.com,g2320@notify.cincompass.com,susan

***Via U.S. Mail***

Darin McGuire
Ursula McGuire
12141 Quilting Lane
Boca Raton, Florida 33428

Ally Financial
P.O. Box 130424
Roseville, MN 55113

AmeriCredit Financial Services, Inc. dba GM Financial
P O Box 183853
Arlington, TX 76096